IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-57 (MTT) |
| | ) |
| SHYTERIUS ELDER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through her counsel of record, has moved to continue this case until the next trial term. Doc. 56. The defendant was indicted on October 14, 2021, and had her arraignment in this Court on November 3, 2021. Docs. 1; 28. Three prior continuances have been granted. Docs. 37; 41; 51. The defendant, by and through her counsel of record, now moves the Court to continue this case to the next trial term to allow defense counsel and the government additional time to finalize a pretrial diversion agreement that will allow the case to be resolved without a trial. Doc. 56 at 2. The government does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 56) is **GRANTED**. The case is continued from the May term until the Court's next trial term presently scheduled for **July 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT