**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-57 (MTT) |
| | ) |
| **SHYTERIUS ELDER,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the July 2023 trial term. Doc. 68. The defendant was indicted on October 14, 2021, and had her arraignment in this Court on November 3, 2021. Docs. 1; 28. Four prior continuances have been granted. Docs. 37; 41; 51; 57. The government now moves the Court to continue this case to the July 2023 term because the defendant entered into a twelve-month pretrial diversion on May 19, 2022. Doc. 68 at 2. The defendant does not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 68) is **GRANTED**. The case is continued from the July term until the Court's trial term scheduled for **July 17, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 17th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT