# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIM. NO. 5:21-CR-00057-MTT |
| | : |
| SHYTERIUS ELDER, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER DISMISSING THE INDICTMENT AS TO SHYTERIUS ELDER

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Shyterius Elder. The Government has indicated that Defendant has completed the terms of her pretrial diversion, and thus, the interests of justice are better served by this dismissal.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Elder is DISMISSED.

**SO ORDERED**, this 2nd day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL , CHIEF JUDGE
UNITED STATES DISTRICT COURT